IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                      Case No.: 12-cv-281-wmc

2010 CHEVROLET HHR,
VIN: 3GNBABDBXAS618540,

$3,230.59 SEIZED FROM BANK OF
AMERICA ACCOUNT
NO. 003540476845, IN THE NAME OF
MICHAEL HUDELSON,

$280,498.06 SEIZED FROM BANK OF
AMERICA ACCOUNT
NO. 354001044643, IN THE NAME OF
MICHAEL HUDELSON, and

$66,434.85 SEIZED FROM BANK OF
AMERICA ACCOUNT
NO. 354004421878, IN THE NAME OF
MYOWNSPICE, INC.

        Defendants.

---

ORDER FOR DEFAULT JUDGMENT

---

The United States of America, by its attorney John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *In Rem*.

The complaint alleges that the defendant $3,230.59, the defendant $280,498.06, and the defendant $66,434.85 were money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, the defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). The complaint also alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, the defendant conveyance is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

Direct notice of this action was accomplished by sending notice to all persons known by the government to have an interest in the defendant. Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from June 26, 2012 through July 25, 2012. No claim, answer, or other responsive pleadings have been filed by Joseph Durst pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered against Joseph Durst,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Joseph Durst in the ~~defendants, is~~ *seized assets referenced above* conveyed to the Plaintiff, United States of America.

DATED: *February 27, 2014*

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this *4th* day of February 2014.

_____
PETER OPPENEER, Clerk of Court
United States District Court